# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST AMENDED PLAN

DEBTOR: Jose M. Hernandez          JOINT DEBTOR: Ada Gomez          CASE NO.: 13-33658-LMI
Last Four Digits of SS# 1055       Last Four Digits of SS# 1057

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $370.43 for months 1 to 36; in order to pay the following creditors:

Administrative:    Attorney's Fee - $3,650 + $775 (Motion to Value) = $4,425 TOTAL PAID $ 2,000.00
                  Balance Due    $ 2,425 payable $ 303.13 /month (Months 1 to 8)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

None
Address: _____    Regular Payment    $ /month (Months to )

Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo Bank Account No: 8018 | Homestead 6891 West 36 Avenue, #102, Hialeah, FL 33018. $124,838.00 | None | None | None | Strip off Second Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due $ _____
        Payable    $ _____ /month (Months ___ to ___) Regular Payment $ _____

Unsecured Creditors: Pay $30.26/month (Months 1 to 8) and Pay $333.39/month (Months 9 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with Seterus and Trust Management Services Group and will continue to pay these creditor directly outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    */s/ Robert Sanchez*                            */s/ Robert Sanchez*
Attorney for Debtor                                      Attorney for Joint Debtor
Date: 12-18-13                                           Date: 12-18-13

LF-31 (rev. 01/08/10)