UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Jose M. Hernandez                                    Case No: 13-33658-LMI
       and                                                                Chapter 13
      Ada Gomez

_____Debtors_____/


**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on December 18, 2013 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Jose M. Hernandez and Ada Gomez
6891 West 36th Avenue
#102
Hialeah, FL 33018

Wells Fargo Bank
Corporation Service Company, R.A.
1201 Hays Street
Tallahassee, FL 32301

Wells Fargo
301 S Tryon St
Charlotte, NC 28282

Via Certified Mail:

Wells Fargo Home Mortgage
c/o Mike Heid, CEO
One Home Campus,
Des Moines, IA 50328-0001

Wells Fargo Bank
c/o John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94101

                    Respectfully Submitted:

                    **ROBERT SANCHEZ, P.A.**
                    Attorney for Debtor
                    355 West 49th Street
                    Hialeah, FL 33012
                    Tel. 305-687-8008

                    By:*/s/ Robert Sanchez*_____
                     Robert Sanchez, Esq., FBN#0442161

Case 13-33658-LMI    Doc 26    Filed 12/18/13    Page 3 of 3